UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEARABY INC.,

                              Plaintiff,

           -v-

SILK & SNOW,

                              Defendant.

22 Civ. 3304 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the Court respectfully reschedules the conference scheduled for October 24, 2022 to October 25, 2022 at 12:00 p.m. The conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. The parties are to enter their appearances at least 24 hours in advance of the conference.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 19, 2022
       New York, New York